UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERNIE R. KETTLEWELL,

        Plaintiff,

vs.

Case No. 09-CV-13919
HON. GEORGE CARAM STEEH

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.

_____/

ORDER ACCEPTING REPORT AND RECOMMENDATION (#7)
AND DISMISSING PLAINTIFF'S CLAIM

On October 5, 2009, Plaintiff filed a complaint for judicial review following an adverse decision of the Commissioner of Social Security. The matter was referred to Magistrate Judge Hluchaniuk, who issued a Report and Recommendation on September 8, 2010 recommending that Plaintiff's complaint be dismissed without prejudice for failure to effectuate timely service. Plaintiff has not filed objections to the Report and Recommendation. The court has reviewed the Report and Recommendation, and in the absence of timely objection,

The court hereby adopts Magistrate Judge Hluchaniuk's September 8, 2010 Report and Recommendation. Plaintiff's claim is hereby DISMISSED without prejudice.

SO ORDERED.

Dated: October 14, 2010

                                                  s/George Caram Steeh  
                                                  GEORGE CARAM STEEH  
                                                  UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on October 14, 2010, by electronic and/or ordinary mail.

s/Marcia Beauchemin  
Deputy Clerk

---